SIMON W. NUNN, COLLECTOR, PLAINTIFF IN ERROR, v. THE STATE, THE PORT COLDEN BUILDING AND LOAN ASSOCIATION, PROSECUTOR, DEFENDANT IN ERROR.

JOHN DALRYMPLE, COLLECTOR, PLAINTIFF IN ERROR, v. THE STATE, THE PORT COLDEN BUILDING AND LOAN ASSOCIATION, PROSECUTOR, DEFENDANT IN ERROR.

On error to the Supreme Court. For opinion of the Supreme Court, see 15 *Vroom* 354.

Jordan v. New York, Lake Erie and Western R. R. Co.

For the plaintiffs in error, *J. G. Shipman & Son.*

For the defendant in error, *Oscar Jeffery.*

THE CHANCELLOR.   The judgments in these cases should be affirmed for the reasons given by the court below, the Supreme Court.

*For affirmance* — THE CHANCELLOR, CHIEF JUSTICE DIXON, KNAPP, REED, SCUDDER, CLEMENT, COLE, PATERSON, WHITAKER.   10.

*For reversal*—None.